# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODRIGUEZ QUINTERO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEMON,<br><br>　　　　Defendant. | Case No. 1:23-cv-01196-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE AS PREMATURE<br><br>(ECF No. 9) |

Plaintiff Daniel Rodriguez Quintero ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The complaint has not yet been screened.

Currently before the Court is Plaintiff's motion for summary judgment in favor of Plaintiff, filed November 27, 2023. (ECF No. 9.) Plaintiff argues that there is no dispute as to any material fact and that based on the undisputed facts, the plaintiff is entitled to win the case. Plaintiff also requests a jury trial. (*Id.*) The motion does not include any other argument or evidence in support.

Plaintiff's motion is denied, without prejudice, as premature. The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). As noted above, Plaintiff's complaint has not yet been screened. Once the complaint is screened, and if it is found to state a cognizable

1

claim against any defendant, the Court will provide Plaintiff with any further instructions regarding service of process. After all parties are served, the Court will provide Plaintiff with further information regarding discovery and the filing of dispositive motions.

Plaintiff is also informed that his motion for summary judgment, even if timely filed, fails to comply with Local Rule 260. Pursuant to that rule, "[e]ach motion for summary judgment . . . shall be accompanied by a 'Statement of Undisputed Facts' that shall enumerate discretely each of the specific material facts relied upon in support of the motion and cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon to establish that fact." Local Rule 260(a). Plaintiff has not included a statement of undisputed facts as required by Local Rule 260(a). If after screening the complaint is found to state a cognizable claim, Plaintiff will be permitted to re-file his motion at a future appropriate date in compliance with the Court's Local Rules.

Based on the foregoing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for summary judgment, (ECF No. 9), is DENIED, without prejudice, as premature; and
2. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated: __November 27, 2023__        /s/ *Barbara A. McAuliffe*_
                                    UNITED STATES MAGISTRATE JUDGE