# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ QUINTERO,

Plaintiff,

v.

LEMON, *et al.*,

Defendants.

Case No. 1:23-cv-01196-BAM (PC)

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 20)

ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE AMENDED COMPLAINT

**THIRTY (30) DAY DEADLINE**

## I. Background

Plaintiff Daniel Rodriguez Quintero ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on August 8, 2023. (ECF No. 1.)

On October 24, 2025, the Court screened Plaintiff's complaint and granted him leave to file a first amended complaint. (ECF No. 13.) On January 15, 2026, following extensions of time, Plaintiff filed a first amended complaint, along with a petition for an ancillary support device with artificial intelligence. (ECF No. 18.)

On July 15, 2026, the Court (1) denied Plaintiff's petition for an ancillary support device, (2) declined to screen Plaintiff's first amended complaint because it alleged new and different claims against new and different defendants; and (3) granted Plaintiff a final opportunity to amend his complaint within 30 days. (ECF No. 19.)

On July 27, 2026, Plaintiff filed a motion to alter or amend a judgment under Federal Rule of Civil Procedure 59(e). In his motion, Plaintiff petitions the Court to correct and issue new orders. Plaintiff claims the undersigned issued orders on October 24, 2025 and July 15, 2026 in this case against "defendant T. Lemon, et seq using the case against defendant Delao, et seq. as the petition to stablish claim." (ECF No. 20.) Plaintiff further claims that those orders are "a misunderstanding by the magistrate judge," noting that "Daniel filed an amended complaint in Case 1:23-cv-01196-BAM on 1-3-26 and DA.QUI.R filed an amended complaint . . . 10-10-25 in Case 2:24-cv-03689-DC-EFB." (*Id.* at 2.) Plaintiff contends the undersigned "used the incorrect amended petition to decide and issue orders." (*Id.*) Plaintiff states that he has a attached a copy of his amended petition for this case as "exhibit (A)" and petitions that "case specific orders issue using exhibit A." Plaintiff also petitions for the Clerk to file the petition used in this case in Case No. 2:24-cv-03689-DC-EFB, "Exhibit B initial page only too big to resend." (*Id.* at 3.)

As no judgment has been entered in this case, the Court construes Plaintiff's motion as a motion for reconsideration.

**II. Motion for Reconsideration**

Plaintiff contends the Court's orders in this case were based on his action against defendant Delao, et seq., or used the incorrect amended complaint. Plaintiff refers to an attached amended "petition" for this case as "exhibit (A)," but the only document attached to Plaintiff's motion is a civil case cover sheet for an action in the Superior Court of California, County of Fresno. (ECF No. 20 at 4.) The Court notes, however, that Plaintiff filed a second amended complaint concurrent with the instant motion. (ECF No. 21.) If the second amended complaint is the referenced "exhibit A," then Plaintiff's assertion that the Court used the incorrect complaint to issue its screening orders is unfounded.

The second amended complaint, with the exception of certain minor variations in the exhibits, is duplicative of the first amended complaint filed in this action. They are both dated 1-3-26, and they include the same allegations and claims, the same case number for this action, and nearly all the same exhibits. (*Compare* ECF No. 18 *with* ECF No. 21.) Because the first amended complaint and second amended complaint are duplicative, the Court denies Plaintiff's

motion for reconsideration. For the same reason, the Court declines to screen the second amended complaint, (ECF No. 21). However, Plaintiff will be granted an extension of time to file an amended complaint consistent with the Court's prior orders, including its October 24, 2025 screening order.[1] No further extensions of time will be granted absent a demonstrated showing of good cause, which will be narrowly construed.

**III. Conclusion and Order**

For the reasons stated, it is HEREBY ORDERED as follows:

1. Plaintiff's motion for reconsideration, (ECF No. 20), is DENIED.
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a third amended complaint, limited to **twenty (20) pages** in length, curing the deficiencies identified by the Court in its October 24, 2025 screening order (or file a notice of voluntary dismissal).
3. If Plaintiff fails to comply with this order, the Court will recommend dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim.

IT IS SO ORDERED.

Dated: **July 30, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

[1] On July 15, 2026, the Court re-served Plaintiff with a copy of the October 24, 2025 screening order.