**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DANIEL RODRIGUEZ QUINTERO,

Plaintiff,

v.

TRISTAN LEMON, *et al.*,

Defendants.

Case No. 1:23-cv-01196 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET

(Doc. 28)

Daniel Rodriguez Quintero asserts that he suffered violations of his civil rights while incarcerated at Pleasant Valley State Prison. (*See generally* Doc. 25.) The magistrate judge screened Plaintiff's third amended complaint under 28 U.S.C. § 1915A(a) and found that he stated cognizable claims for violations of his rights under the Eighth Amendment related to the conditions of confinement against Defendants Lopez, Pineda, Leon, Gutierrez, J. Doe, Jane Doe, Sgt. Mike, and Oxborrow. (Doc. 27 at 8-11, 14.) However, the magistrate judge found Plaintiff failed to state a claim against any other "Doe" defendants because he failed to link them to the allegations in the TAC. (*Id.* at 10.) The magistrate judge determined Plaintiff also failed to state an Eighth Amendment claim against Warden Lemon. (*Id.* at 10-11.) To the extent Plaintiff alleged violations of the First Amendment, the magistrate judge found the allegations were insufficient to support the claims. (*Id.* at 11-12.) The magistrate judge also determined that Plaintiff could not proceed with a claim under the Religious Land Use and Institutionalized

Persons Act, "[b]ecause only injunctive relief is available under RLUIPA," and Plaintiff was no longer housed at the facility where the alleged violations occurred. (*Id.* at 13.) Finally, the magistrate judge observed that Plaintiff requested certification for a class action, and found he was unable to proceed with a class action because he is incarcerated and proceeding pro se with this action. (*Id.* at 13.) The magistrate judge recommended the action proceed only on the cognizable claims, and all other claims and defendants be dismissed. (*Id.* at 14.)

The Court served the Findings and Recommendations on Plaintiff and informed him that any objections were due in 14 days. (Doc. 27 at 14.) The Court also warned that failure to file timely objections may result in the waiver of certain rights on appeal. (*Id.* at 15, citing *Wilkerson v. Wheeler*, 772 F.3d 834 838-39 (9th Cir 2014).) Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS:**

1. The Findings and Recommendations issued on October 7, 2026 (Doc. 27), are **ADOPTED**.
2. This action **SHALL** proceed only on Plaintiff's claim in the third amended complaint (Doc. 25) for unconstitutional conditions of confinement in violation of the Eighth Amendment against Defendants Lopez, Pineda, Leon, Gutierrez, J. Doe, Jane Doe, Sgt. Mike, and Oxborrow.
3. All other claims and defendants are **DISMISSED**.
4. The Clerk of Court is directed to update the docket, to add the named defendants and terminate Tristain Lemon as a defendant.

IT IS SO ORDERED.

Dated: November 9, 2026

UNITED STATES DISTRICT JUDGE