# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ QUINTERO,

Plaintiff,

v.

TRISTAN LEMON, *et al.*,

Defendants.

Case No. 1:23-cv-01196-JLT-BAM (PC)

ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DEFENDANTS J. DOE AND JANE DOE FOR SERVICE OF PROCESS

**NINETY (90) DAY DEADLINE**

Plaintiff Daniel Rodriguez Quintero ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 9, 2026, the Court ordered this action proceed only on Plaintiff's claim in the third amended complaint for unconstitutional conditions of confinement in violation of the Eighth Amendment against Defendants Lopez, Pineda, Leon, Gutierrez, J. Doe, Jane Doe, Sgt. Mike, and Oxborrow. (ECF No. 28.) By separate order, the Court has directed service of the third amended complaint on Defendants Lopez, Pineda, Leon, Gutierrez, Sgt. Mike, and Oxborrow.

At this time, the Court does not find service appropriate for Defendants J. Doe and Jane Doe because the U.S. Marshal cannot serve a Doe Defendant. Therefore, before the Court orders the U.S. Marshal to serve Defendants J. Doe and Jane Doe, Plaintiff will be required to identify them with enough information to locate the defendants for service of process. Once Plaintiff

identifies Defendants J. Doe and Jane Doe for service, he should file a motion to substitute the identities of Defendants J. Doe and Jane Doe in the complaint. If the motion is granted, the Court will direct the U.S. Marshal to serve Defendants J. Doe and Jane Doe. However, if Plaintiff fails to identify Defendants J. Doe and Jane Doe, then any unidentified defendant will be dismissed from this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **ninety (90) days** from the date of service of this order, Plaintiff SHALL file a motion to substitute the identities of Defendants J. Doe and Jane Doe that provides the Court with enough information to locate them for service of process; and
2. **The failure to comply with this order will result in dismissal of any unidentified defendant(s) from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated: **November 12, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE